30335. RICE v. McALLISTER.

DECIDED APRIL 28, 1944.

James C. Estes, for plaintiff in error.
Miller & Miller, contra.

BROYLES, C. J. Robert W. McAllister brought suit in the municipal court of Macon against K. K. Rice for damages alleged to have been caused by breach of a contract for the building of a home for the plaintiff by the defendant. The petition prayed for a judgment against the defendant for "$500 or other large sum, after giving the defendant credit" for certain sums due him by the plaintiff. The defendant denied any indebtedness to the plaintiff, and filed a

cross-action, asking for a judgment against the plaintiff for $325, besides interest and attorney's fees. The case proceeded to verdict and judgment in favor of the plaintiff for $324.44. The defendant's motion for a new trial was denied, and that judgment is assigned as error.

The defendant alleged in his motion for new trial that "the court was without jurisdiction of the subject-matter in that the principal sum claimed to be due as shown by plaintiff's petition as amended exceeds $500." It appears that the municipal court of Macon is without jurisdiction to pass on a civil case involving a sum in excess of $500. However, the petition was not attacked by demurrer, and the verdict of the jury was for a smaller sum than $500. The contention is without merit. The evidence, while in acute conflict, authorized the verdict; and, under the facts of the case and the entire charge of the court, the special grounds of the motion for new trial show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*